UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLEE MANCHESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARKSTON SCHOOL DISTRICT # J250-185,<br><br>    Defendant. | NO.  CV-04-417-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On May 4, 2006, the parties filed a joint Stipulation for Dismissal with Prejudice (Ct. Rec. 38).  Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED** with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 5th day of May, 2006.


*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2004\Manchester\ord.stip.dismiss.wpd

**ORDER DISMISSING COMPLAINT** * 1